## 60894. FRIER v. THE STATE.

CARLEY, Judge.

Appellant appeals her conviction of aggravated assault on a peace officer.

Appellant's sole enumeration of error attacks the giving of the following charge: "The Defendant bears the burden of showing by a preponderance of the evidence that she was not mentally responsible at the time of the alleged crime." Citing *State v. Moore,* 237 Ga. 269 (227 SE2d 241) (1976), appellant urges that the charge is impermissibly burden shifting. This argument was rejected in *Boswell v. State,* 243 Ga. 732 (256 SE2d 470) (1979). See also *State v. Avery,* 237 Ga. 865 (230 SE2d 301) (1976); *Oliver v. State,* 244 Ga. 107 (1) (259 SE2d 56) (1979); *Bryant v. State,* 149 Ga. App. 777, 779 (5) (256 SE2d 52) (1979).

*Judgment affirmed. Quillian, C. J., and Shulman, P. J., concur.*

DECIDED JANUARY 8, 1981.

*Norman Jewel Crowe, Jr.,* for appellant.
*Thomas H. Pittman, District Attorney, Curtis M. French, Assistant District Attorney,* for appellee.